UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil Case No. 3:08CV161 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| JOYCE C. CASTLE, f/k/a JOYCE C. SMITH, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT OF INDEBTEDNESS AND DECREE IN FORECLOSURE

This cause came to be considered upon the United States' Motion for Summary Judgment and Decree in Foreclosure.

The Court finds that it has jurisdiction of the subject matter of this action and the Defendants relating thereto.

The Court finds that there is due to the United States from the Defendant, Joyce C. Castle, an outstanding mortgage debt for a principal amount of $48,251.50, interest amount of $5,485.79, and an subsidy amount of $28,799.86, for a total debt of totaling $82,537.15 together with interest at the rate of $10.2454 per day from December 1, 2008, until the date of the sale of the property.

IT IS, THEREFORE, ORDERED:

1. Judgment is hereby entered against the Defendant, Joyce C. Castle, arising from an outstanding mortgage debt for a principal amount of $48,251.50, an interest amount of $5,485.79, and an interest subsidy amount of $28,799.86, for a total debt of $82,537.15 together with interest at the rate of $10.2454 per day from December 1, 2008 until the date of sale of the property; plus, in the event the real property is sold.

2. That unless the sums found due to Plaintiff are paid within ten days from the entry of this decree and are deposited with the Clerk of this Court, any equity of redemption and/or right of redemption of the Defendant, Joyce C. Castle, and any and all right of redemption of any and all other persons claiming through said Defendant shall be foreclosed and the real property described in the Complaint and paragraph 3 below, shall be sold free and clear of all liens, rights or interest of the parties to this action

3. That immediately after said ten day period, the United States shall notify the Court whether the debt has been paid in full, and if the debt has not been paid in full, an Order for Sale for the real property known as 534 Stratmore Street, New Carlisle, Ohio 45344, more fully described as:

> Situated in the County of Clark, in the State of Ohio and in the Township of Bethel: Being Lot Number One Thousand Two Hundred Fifty-One (1251) as the same in numbered and designated in the Park Layne Manor Section 5, Part I as recorded in the Plat Records of Clark County, Ohio, Volume 11, Page 80.
>
> Subject to zoning, reservations, restrictions and easements of record and further subject to taxes and assessments which are a lien on the premises.
>
> Parcel No. 010-5-25-136-2.

shall issue to the United States Marshal for the Southern District of Ohio directing him to advertise and sell said real property according to law and the orders of this Court.

4. That the liens and rights of all parties shall attach to the proceeds of sale in order of their priority, the settlement of claims and priorities being reserved pending further order of this Court.

5. All proceeds from the sale of the property remaining after payment of the costs of this action and all amounts due to the County Treasurer for real estates taxes and assessments, and after distribution of all amounts found to be due and owing the Plaintiff shall be held pending further order of the Court.

December 23, 2008            **s/Thomas M. Rose**

           _____
           THOMAS M. ROSE
           United States District Court Judge